TRINETTE G. KENT (State Bar No. 222020)
11811 North Tatum Blvd., Suite 3031
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

*Of Counsel to*
Lemberg Law, LLC
A Connecticut Law Firm
43 Danbury Road
Wilton, CT 06897
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Andreious Cabangon

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| Andreious Cabangon, | Case No.:  2:16-cv-01122-CAS-AS |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED]** **ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| National Credit Adjusters, LLC, | |
| Defendant. | |

The Court, having read and considered Plaintiff's Motion for Default Judgment, and for good cause shown, **IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion for Default Judgment as to Defendant, National Credit Adjusters, LLC.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff and against Defendant, National Credit Adjusters, LLC, in the amount $2,000.00, with Plaintiff's attorneys' fees and costs to be determined at a later date.

Dated: July 25, 2016

*Christina A. Snyder*

Judge Christina A. Snyder